UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:09-CR-971-7 |
| | § | |
| RONALD COULOMBE | § | |

## ORDER

Ronald Coulombe filed a motion asking the Court to recommend early release based upon his participation in a drug treatment program pursuant to 18 U.S.C. § 3621(e).

Subsection 3621(e)(2) provides,

(2) Incentive for prisoners' successful completion of treatment program.--

> (A) Generally.--Any prisoner who, in the judgment of the Director of the Bureau of Prisons, has successfully completed a program of residential substance abuse treatment provided under paragraph (1) of this subsection, shall remain in the custody of the Bureau under such conditions as the Bureau deems appropriate. If the conditions of confinement are different from those the prisoner would have experienced absent the successful completion of the treatment, the Bureau shall periodically test the prisoner for substance abuse and discontinue such conditions on determining that substance abuse has recurred.
> (B) Period of custody.--The period a prisoner convicted of a nonviolent offense remains in custody after successfully completing a treatment program *may be reduced by the Bureau of Prisons*, but such reduction may not be more than one year from the term the prisoner must otherwise serve.

*Id*. (emphasis added).

The Bureau of Prisons has the exclusive authority to decide whether to grant early release to those prisoners who have successfully completed drug treatment program pursuant to § 3621.

This Court does not have the authority to make that decision. For that reason, Coulombe's motion (D.E. 391) is DENIED.

SIGNED and ORDERED this 22nd day of June, 2015.

_____
Janis Graham Jack
Senior United States District Judge